No. 11–7630. SENTY-HAUGEN v. JESSON, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 11–7641. RIVERS v. BICKELL, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7648. STEVENSON v. NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 11–7660. MCGLOHON v. CAMPBELL UNIVERSITY, INC. C. A. 4th Cir. Certiorari denied.

No. 11–7672. WILKERSON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–7683. POSTELL v. BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–7703. ASKIN v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–7729. JIMENEZ-TORRES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–7732. RICHARDSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7736. THOMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7739. ROYAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7740. ASSI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7742. ARNAUT v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

